DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JAMES M. HANSEN,**
Appellant,

v.

**SHAWN MILLER, CRAFT MASTER CUSTOM POOLS, J. & J. HANSEN, INC.,** and **REHANNON MILLER,**
Appellees.

No. 4D21-2617

[May 5, 2022]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, Martin County; Steven J. Levin, Judge; L.T. Case No. 432018CA000398.

R. Scott Clayton of Linkhorst & Hockin, P.A., Jupiter, for appellant.

Jacob E. Ensor and Lauren A. Carroll of Ross Earle Bonan & Ensor, P.A., Stuart, for appellee Shawn Miller.

PER CURIAM.

*Affirmed.*

WARNER, LEVINE, and KLINGENSMITH, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely filed motion for rehearing.***